

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Todd Womack,                              * From the 32nd District
                                            Court of Mitchell County,
                                            Trial Court No. 16,266.

Vs. No. 11-14-00065-CV                    * October 23, 2014

Edith Womack,                             * Per Curiam Memorandum Opinion
                                            (Panel consists of: Wright, C.J.,
                                            Willson, J., and Bailey, J.)

    This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Todd Womack.